UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 19-01491 DSF (KSx) | Date | July 23, 2019 |
|---|---|---|---|
| Title | Liberty Mutual Insurance Company, et al. v. Arch Insurance Company, et al. | | |

Present: The Honorable  DALE S. FISCHER, United States District Judge

| Renee Fisher | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiffs are ORDERED to show cause why this case should not be dismissed for lack of prosecution. See Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion).

Defendant did not answer the complaint, but Plaintiffs have failed to request entry of default pursuant to Fed. R. Civ. P. 55(a). Plaintiffs can satisfy this OSC by seeking entry of default or by dismissing the complaint.

Plaintiffs must respond to this order within 21 days. Failure to respond to this OSC will be deemed consent to the dismissal of the action. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for decision without oral argument.

Filing the above document on or before the deadline indicated above will constitute a satisfactory response to this OSC.